IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAVAR GARY VARNADO,

     Petitioner,                        3:11-cv-00325-HDM-VPC

  vs.                                ORDER

The State of Nevada, et al.,

     Respondents.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

.    Dated this 10th day of May, 2011.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE